Rod D. Margo (State Bar No.: 97706)
Frank A. Silane (State Bar No.: 90940)
Scott D. Cunningham (State Bar No.: 200413)
Debby L. Zajac (State Bar No.: 203228)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
SINGAPORE AIRLINES, LTD.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE

AIR CRASH AT TAIPEI, TAIWAN,
ON OCTOBER 31, 2000

) CASE NO. 01-ML-1394 GAF (RCx)
) This Document Relates to:
) DAVID RALPH
) CASE NO. CV01-01938 GAF (RCx)
) **STIPULATION OF DISMISSAL;**
) **[PROPOSED] ORDER**

Plaintiffs DAVID LEROY RALPH and PATRICIA RALPH, and defendant SINGAPORE AIRLINES, LTD ("SIA"), hereby request that the above referenced action be, and hereby is, dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41 (a)(1); with all parties to bear their own costs.

Dated: April 23, 2004

GREENE, BROILLET, PANISH & WHEELER

By: _____
BROWNE GREENE
GEOFFREY S. WELLS
Attorneys for Plaintiffs DAVID
LEROY RALPH and PATRICIA
RALPH

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

---

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO.: CV01-01938 GAF (RCx)

Dated: April 23, 2004

CONDON & FORSYTH LLP

By: _____
ROD D. MARGO
FRANK A. SILANE
SCOTT D. CUNNINGHAM
DEBBY L. ZAJAC
Attorneys for Defendant
SINGAPORE AIRLINES, LTD.

[~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that Case No. CV01-01938, an individual plaintiff's case which is part of MDL Case No. 1394, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall treat the settlement amount of the above-captioned action as confidential pursuant to this Court's Case Management Order No. 1 dated July 19, 2001.

DATED: April 12, 2004

_____
Honorable Gary A. Feess
United States District Court Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010. On May 11, 2004, I served the within documents:

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

Browne Greene, Esq.
Geoffrey S. Wells, Esq.
Greene, Broillet, Panish & Wheeler
100 Wilshire Blvd., 21st Floor
Santa Monica, California 90407-2131

**(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 11, 2004, at Los Angeles, California.

_____
Yedid Miranda